**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

11-12687

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Allan J Koval    JOINT DEBTOR: ___    CASE NO.: ___
Last Four Digits of SS# ___    Last Four Digits of SS# ___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 762.36 for months 1 to 60 ;
B. $ ___ for months ___ to ___ ;
C. $ ___ for months ___ to ___ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 4,425.00    TOTAL PAID $ 823.00
Balance Due   $ 3,602.00   payable $ 673.00 /month (Months 1 to 5)
                                    237.00                     6    6

$3,500.00 attorney fee, $750.00 MTV Homestead, $150.00 in fees, $25.00 in costs

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

-NONE-    Arrearage on Petition Date $ ___
Address: ___    Arrears Payment $ ___ /month (Months _ to _)
Account No: ___    Regular Payment $ ___ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>450 American St<br>Simi Valley, CA 93065<br>Acct# XXX 0607 | 5828 Sun Pointe Circle, Boynton Beach, FL 33437 Legaly described as Lot 154, Sun Valley II P.U.D., according to the Plat recorded in Plat Book 56, Page 128-135, as recorded in the Public Records of Palm Beach County, Florida; said land situate, lying and being in Palm Beach County, Florida.<br>$ 206,000.00 | 0.0% | $ 0.00 | To | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. IRS Compliance Services Insolvency Support Group, Unit 1; stop 5730; 7850 SW 6th Court, Room 165; Fort Lauderdale, FL 33318    Total Due $ 3,500.00
                                                                                                                10.05    (Months 1 to 5)
                                                                                                                446.05   (Months 6 to 6)
                                                                                              Payable $ 55.63 /month  (Months 7 to 60)  Regular Payment $ N/A

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

<u>Unsecured Creditors:</u>  Pay $ <u>10.00</u> /month (Months <u>1</u> to <u>6</u> ).
                     Pay $ <u>637.42</u> /month (Months <u>7</u> to <u>60</u> ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

11-12687

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

    Special Intentions:
    Bank of America: Debtor will pay claim directly
    Sun Valley HOA: Debtor will pay claim directly

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/ Allan J Koval
  Allan J Koval
  Debtor

Date:  January 18, 2011